UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESSICA CARVAJAL,

                Plaintiff,                    22 **CIVIL** 3317 (SDA)

    -v-                                    **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 2, 2022, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
       December 2, 2022

                                                                **RUBY J. KRAJICK**

                                                                   Clerk of Court

                                 **BY:**

                                                                     **Deputy Clerk**